# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

JAN 15 2...

US DISTRICT C...
WESTERN DISTRIC... F N

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| GERALD WAYNE HAIRSTON | ) |

DOCKET NO. 3:13 cr 10 - FDW

**ORDER TO SEAL**
**INDICTMENT**

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Arrest Warrant, Motion to Seal, and any Order issued pursuant thereto be sealed to protect the secrecy of the ongoing investigation until further Order of this Court,

IT IS HEREBY ORDERED that the Indictment, Arrest Warrant, Motion to Seal, and this Order be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This _15_ day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE