FILED
Charlotte
7/28/2026
U.S. District Court
Western District of N.C.

RECEIVED
**UNITED STATES MARSHAL**

# UNITED STATES DISTRICT COURT

3:07 pm, Jun 23 2026

for the

Western District of North Carolina

**WESTERN NORTH CAROLINA CHARLOTTE**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 0419 3:13CR00010- 001 |
| | ) | |
| | ) | |
| Gerald Wayne Hairston | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Gerald Wayne Hairston ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☒ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Signed: June 23, 2026

City and state:     Asheville, NC

W. Carleton Metcalf
United States Magistrate Judge

| Return |
|---|
| This warrant was received on *(date)* 6-23-2026 , and the person was arrested on *(date)* 7-27-2026 at *(city and state)* Charlotte, NC . |
| Date: 7-27-2026 |
| *Arresting officer's signature* |
| M. Sukis / DUSM |
| *Printed name and title* |